# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### (AIKEN DIVISION)

| | |
|---|---|
| JOHN SANDVIKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PhD FITNESS, LLC, a California Limited Liability Company,<br><br>Defendant. | Civil Action No. 1:17-00744-JMC<br><br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE** |

**IT IS STIPULATED AND AGREED** by Plaintiff and Defendant, through authorized counsel below, that pursuant to FRCP 41(a)(1)(A)(ii), the action of the Plaintiff identified above is hereby dismissed by Plaintiff without prejudice and with each party to bear its own costs and fees.

Dated: September 14, 2018

| Plaintiff<br>By authorized counsel: | Defendant<br>By authorized counsel: |
|---|---|
| *s/ Harper T. Segui*<br>Harper T. Segui (Fed. ID No. 77730 )<br>KOHN, SWIFT & GRAF, P.C.<br>P.O. Box 1483<br>Mount Pleasant, SC 29465<br>(843) 494-5576<br>Email: hsegui@kohnswift.com<br><br>Nick Suciu III*<br>Barbat Mansour & Suciu PLLC<br>1644 Bracken Road<br>Bloomfield Hills, MI 48302<br>Telephone: (313) 303-3472<br>Email: nicksuciu@bmslawyers.com<br>*Admitted Pro Hac Vice<br><br>*Counsel for Plaintiff* | *s/ Keith D. Munson*<br>Keith D. Munson (Fed. ID No. 6843)<br>Keith.munson@wbd-us.com<br>Catherine F. Wrenn (Fed. ID No. 10230)<br>Catherine.wrenn@wbd-us.com<br>WOMBLE BOND DICKINSON (US) LLP<br>550 South Main Street, Suite 400<br>Greenville, South Carolina 29601<br>Telephone: (864) 255-5412<br><br>*& ADMITTED PRO HAC VICE:*<br><br>Chip English, DCB # 386572<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Avenue NW, Suite 800<br>Washington, DC 20006<br>Telephone: (202) 973-4272<br>Email: chipenglish@dwt.com |

2

        JOHN F. MCGRORY, OSB #813115
        ASHLEY L. VULIN, OSB #145454
        KALEY FENDELL,
        Davis Wright Tremaine LLP
        1300 SW Fifth Avenue, Suite 2400
        Portland, OR 97201
        Telephone:  (503) 241-2300
        Email: johnmcgrory@dwt.com
        Email:  ashleyvulin@dwt.com
        Email: Kaleyfendell@dwt.com

        *Attorneys for Defendant PhD Fitness LLC*

2