# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| John Sandviks, individually and on behalf of all others similarly situated,<br>*Plaintiff*<br>v.<br>PhD Fitness, LLC, a California Limited Liability Company,<br>*Defendant* | Civil Action No. 1:17-00744-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Plaintiff shall take nothing of the Defendant as to the Plaintiff's claims for breach of express and implied warranties, and negligent and intentional misrepresentation and these claims are dismissed.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The Court having granted in part the defendant's motion to dismiss.

Date: September 14, 2018

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*